IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:21-CR-49-MHT-JTA-6 |
| THOMAS MICHAEL SISK, | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now the defendant, Thomas Michael Sisk, by and through the undesigned counsel, and hereby notifies this Honorable Court of the defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY to Count 1: 18 U.S.C. § 371 – Conspiracy.

Respectfully submitted on this the 18th day of March, 2021.

/s/ Russell W. Crumbley

**RUSSELL W. CRUMBLEY (CRU013)**
Attorney for Defendant
2304 Memorial Parkway SW
Huntsville, Alabama 35801
Telephone: (256) 539-4464
Facsimile: (256) 539-4462
Email: crumbleylaw@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have served a copy of the foregoing Notice of Intent to Change Plea upon the U.S. Attorney's Office, Middle District of Alabama, by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 18th day of March 2021.

Russell W. Crumbley

**Russell W. Crumbley**
Attorney for the Defendant