IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:21-cr-49-MHT-JTA |
| | ) |
| THOMAS MICHAEL SISK | ) |

## **ORDER**

Upon consideration of the defendant's Notice of Intent to Change Plea (Doc. No. 89) filed on March 18, 2021, and for good cause, it is

ORDERED that a change of plea hearing be set for **April 8, 2021** at **2:00 p.m.** to be held by videoconference.  The Clerk of Court will contact all necessary parties and participants to make arrangements for the proceeding.

The Clerk of Court is DIRECTED to provide a court reporter for this proceeding if available.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

It is further

ORDERED that the government shall email a PDF version of any plea agreement to the court at **propord_adams@almd.uscourts.gov** no later than **April 5, 2021 by noon**. If there is no plea agreement for this Defendant, the government shall inform the court of this fact by sending an email to the same address and the same deadline.

Counsel for the Defendant is **DIRECTED** to confer with the Defendant prior to the proceeding set in this order and: (1) advise the Defendant about the Sentencing Guidelines,

and the fact that, while the Sentencing Guidelines are no longer mandatory, the Guidelines remain an important factor which the court will consider in determining a reasonable sentence; (2) advise the Defendant that in determining a reasonable and appropriate sentence, the court will consider the sentencing factors set forth in 18 U.S.C. 3553(a) in addition to the Guidelines; and (3) explain to the Defendant each of those factors specifically, including (a) the nature and circumstances of the offense and the history and characteristics of the Defendant; (b) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (c) the need for deterrence; (d) the need to protect the public; (e) the need to provide the defendant with needed educational or vocational training or medical care; (f) the kinds of sentences available; (g) the need to avoid unwanted sentencing disparities; and (h) the need to provide restitution to victims.

DONE this 18th day of March, 2021.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE