### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 2:21-cr-49-MHT-JTA-6 |
| | ) |
| **THOMAS MICHAEL SISK,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### CONSENT TO VIRTUAL PLEA

COMES NOW, the Defendant, **THOMAS MICHAEL SISK**, by and through his undersigned attorney, files this his Consent to Virtual Plea on April 8th, 2021 at 2:00 p.m.

Done on this the 2nd day of April 2021.

/s/ Russell W. Crumbley

_____
**RUSSELL W. CRUMBLEY (CRU013)**
Attorney for Defendant
2304 Memorial Parkway SW
Huntsville, Alabama 35801
Telephone: (256) 539-4464
Facsimile: (256) 539-4462
Email: crumbleylaw@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the Acting United States Attorney, by electronic notification via CM/ECF done on this the 2nd day of April 2021.

/s/ Russell W. Crumbley

_____
**Russell W. Crumbley**