### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:21-cr-49-MHT-JTA-6 |
| THOMAS MICHAEL SISK, | ) ) ) |
| Defendant. | ) ) |

### RESPONSE TO JUDGE'S ORDER

COMES NOW, the Defendant, **THOMAS MICHAEL SISK**, by and through his undersigned attorney, files this his Response to Judge's Order, document number 92.

1. The Defendant offers his consent to enter his plea before a Magistrate Judge.

2. The Defendant offers his consent to proceed by video teleconference for the change of plea hearing.

3. The parties have reached a plea agreement and to delay the plea would not be in the interest of justice given the high volume of Discovery and the nature of Defendant's plea agreement with the Government.

Done on this the 2nd day of April 2021.

/s/ Russell W. Crumbley
_____
**RUSSELL W. CRUMBLEY (CRU013)**
Attorney for Defendant
2304 Memorial Parkway SW
Huntsville, Alabama 35801
Telephone: (256) 539-4464
Facsimile: (256) 539-4462
Email: crumbleylaw@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the Acting United States Attorney, by electronic notification via CM/ECF done on this the 2nd day of April 2021.

/s/ Russell W. Crumbley

_____

**Russell W. Crumbley**