IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:21-cr-49-MHT-JTA-6 |
| THOMAS MICHAEL SISK, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO SEAL

**COMES NOW** the Defendant, **THOMAS MICHAEL SISK**, through Undersigned Counsel, and requests that this Court file under seal the Motion to Continue Sentencing. The Motion contains confidential and sensitive information.

Dated this the 8th day of June 2021.

**RUSSELL W. CRUMBLEY (CRU013)**
Attorney for Defendant
2304 Memorial Parkway SW
Huntsville, Alabama 35801
Telephone: (256) 539-4464
Facsimile: (256) 539-4462
Email: crumbleylaw@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the Acting United States Attorney, by electronic notification via CM/ECF done on this the 8th day of June 2021.

**Russell W. Crumbley**