IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:21-CR-00049-MHT-JTA |
| ) | |
| WILLIAM LEE HOLLADAY, III, et al, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ATHENS CITY SCHOOLS'
IN CONNECTION WITH ITS MOTION FOR PROTECTIVE ORDER**

COMES NOW the Athens City Schools, a non-party to the above-styled matter, by and through its undersigned attorney and provides the following Notice pursuant to the Court's Order (Doc. 173) to disclose the identity of the issuer of the trial subpoena referenced in the Motion for Protective Order (Doc. 172).

1. The trial subpoena referenced in Athens City School's motion was issued by the United States of America. A copy of this subpoena has been forwarded to the Court as directed.

Respectfully submitted,

/s/ David McKnight
David McKnight (ASB-6258-G63S)
DILLARD, MCKNIGHT, JAMES
& MCELROY
2700 Highway 280, Suite 110
Birmingham, Alabama 35223
Phone: (205) 271-1100
Fax: (205) 271-1108
Email: dmcknight@dillardmcknight.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Alice S. LaCour
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Benjamin Joseph Espy
Joseph Cleodus Espy, III
William Martin Espy
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103

Benjamin Edward Schoettker
Barfoot & Schoettker LLC
608 South Hull Street
Montgomery, AL 36104

Alan Samuel Diamond
Keith F. Szachacz
Kepler Brooke Funk
Funk Szachacz & Diamond LLC
3962 West Eau Gallie Blvd., Ste. B
Melbourne, FL 32934

Maxwell H. Pulliam
Maxwell H. Pulliam, LLC
301 19th Street North, Ste. 519
Birmingham, AL 35203

Jason Carl Neff
Law Office of Jason C. Neff
2610 6th Street, Ste. B
Tuscaloosa, AL 35401

Russell Wilson Crumbley
Crumbly Blackwell & Associates
2304 Memorial Parkway SW
Huntsville, AL 35801

                                          /s/ David McKnight
                                          Of Counsel