**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:21cr49-MHT** |
| | ) | **(WO)** |
| **THOMAS MICHAEL SISK** | ) | |

**ORDER TERMINATING SUPERVISED RELEASE EARLY**

This case is before the court on defendant Thomas Michael Sisk's motion for early termination of supervised release. The supervising probation officer and the government have orally informed the court that they do not oppose the motion. Sisk has completed approximately two of his three-year term of supervised release with no episodes of noncompliance. He has paid all monetary penalties. He is employed full-time, has passed all drug screens, and resides with his wife at the house he owns. In short, he has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future. For all of these reasons, the court finds that the motion for early termination should be granted.

Accordingly, it is ORDERED that defendant Thomas Michael Sisk's motion for early termination of supervised release (Doc. 585) is granted, and defendant Sisk is discharged.

DONE, this the 18th day of June, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE